# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Dien Nguyen,

    Petitioner

v.

Pamela Bondi, et al.,

    Respondents

Case No.: 2:26-cv-00186-JAD-BNW

**Order Setting Briefing Schedule and Hearing on Petitioner's Motion for a Temporary Restraining Order**

[ECF No. 11]

    Petitioner Dien Thanh Nguyen is a citizen of Vietnam living in the United States and was ordered removed in 2001, but Immigration and Customs Enforcement (ICE) officials have been unable to deport him. On October 10, 2025, ICE agents arrested Nguyen, and he has been detained ever since. In January 2026, Nguyen filed a petition for a writ of habeas corpus seeking his release, contending that he has been unlawfully detained. This court appointed him counsel, and on February 27, 2026, his counsel filed a motion for a temporary restraining order (TRO) seeking his immediate release.[1]

    IT IS HEREBY ORDERED that the government must file a response to Nguyen's TRO motion (ECF No. 11) by **March 10, 2026.** Nguyen's reply will be due **March 17, 2026**.

    IT IS FURTHER ORDERED that Nguyen's TRO motion is **set for a motion hearing at 3:00 p.m. on March 24, 2026,** in person before District Judge Jennifer A. Dorsey in Courtroom 6D of the Lloyd D. George Courthouse.

                                                                                                                     _____

                                                                                                             U.S. District Judge Jennifer A. Dorsey
                                                                                                                       February 27, 2026

---

[1] ECF No. 11.